■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMILIE HAMILL, Appellant.—Appeal by defendant, as limited by her motion, from a sentence of the County Court, Suffolk County, imposed September 13, 1978. Sentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Suozzi, J. P., O'Connor, Lazer and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY HAMMOND, Appellant.—Judgment of the Supreme Court, Queens County, rendered July 19, 1977, affirmed (see *People v Miller,* 42 NY2d 946). Damiani, J. P., Titone, Margett and Mangano, JJ., concur.